# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHEKELA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| LOTTE CHEMICAL ALABAMA CORP., | ) 2:23-cv-531-MHT-JTA |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Shekela Jones ("Plaintiff") and Defendant Lotte Chemical Alabama Corp. ("Defendant"), by and through their undersigned counsel, and hereby stipulate to the dismissal of Plaintiff's claims asserted in this case with prejudice, with each party to bear their own expenses, costs, and attorneys' fees.

Dated: February 25, 2025.

                                                        s/ Jon C. Goldfarb
                                                        Jon C. Goldfarb
                                                        L. William Smith
                                                        Christina M. Malmat
                                                        Attorneys for Plaintiff

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS FISHER
& GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jcg@wigginschilds.com
wsmith@wigginshilds.com
cmalmat@wigginschilds.com

                                          *s/ Matthew T. Scully*
                                          Matthew T. Scully
                                          Ingu Hwang
                                          Joseph Barnello

                                          Attorneys for Defendant
                                          LOTTE CHEMICAL ALABAMA CORP.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
mscully@burr.com
ihwang@burr.com
jbarnello@burr.com