# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
ONE CHURCH STREET, RM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT

TELEPHONE (334) 954-3600

February 26, 2025

## NOTICE OF CLERK'S DISMISSAL

Jon Craig Goldfarb
Lachlan William Smith
Christina Maxine Malmat
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203

Matthew T. Scully
Ingu Hwang
Joseph Barnello
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

Re: Jones v. Lotte Chemical Alabama Corp.
Case No.: 2:23-cv-00531-MHT-JTA

Dear Counsel:

Pursuant to the Joint Stipulation of Dismissal (Doc. 30) filed by the parties on 2/25/2025 and Fed. R. Civ. P. 41 (a)(1)(A)(ii), and with each party to bear their own costs and attorney's fees, this case is closed with prejudice without an order of the court.

Sincerely,

TREY GRANGER, CLERK OF COURT